**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 01-6438**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

AKIN AKINKOYE,

Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Peter J. Messitte, District Judge. (CR-97-151-PJM)

Submitted: January 18, 2002        Decided: February 28, 2002

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Akin Akinkoye, Appellant Pro Se. Steven Michael Dettelbach, OFFICE OF THE UNITED STATES ATTORNEY, Greenbelt, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Akin Akinkoye appeals from the district court's order denying his motion to compel his trial counsel to produce materials he deems necessary to his anticipated § 2255 motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. Akinkoye, No. CR-97-151-PJM (D. Md. filed Oct. 4, 2000 & entered Oct. 5, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED